# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

March 14, 2025

CL-2024-0671

Peggy Burnett v. Hugo Neidhardt and Patsy Neidhardt (Appeal from Etowah Circuit Court:  CV-23-900121).

## <u>NOTICE</u>

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Hanson, Fridy, and Lewis, JJ., concur.

Edwards, J., concurs in the result, without opinion.

Seth P. Rhodebeck, Clerk